**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7263**

---

CARROLL LEE MOORE,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, parole board member; DAVID
HARKER, parole board member; CAROL ANN
SIEVERS, parole board member,

Defendants - Appellees.

---

**No. 04-7329**

---

CARROLL LEE MOORE,

Plaintiff - Appellant,

versus

HELEN F. FAHEY, parole board member; DAVID
HARKER, parole board member; CAROL ANN
SIEVERS, parole board member,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, District
Judge. (CA-03-562)

---

Submitted:  December 15, 2004        Decided:  January 10, 2005

_____

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Carroll Lee Moore, Appellant Pro Se.  Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Carroll Lee Moore appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See Moore v. Fahey, No. CA-03-562 (E.D. Va. July 9 and July 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED